JENNIE VIDA MIXER, APPELLEE, V. MODERN WOODMEN OF AMERICA, APPELLANT.

FILED DECEMBER 31, 1923.   No. 22635

APPEAL from the district court for Dakota county: GUY T. GRAVES, JUDGE. *Affirmed.*

*Truman Plantz, George H. Davis* and *Nelson C. Pratt,* for appellant.

*George W. Leamer, contra.*

*J. E. Ray* and *Stiner & Boslaugh, amici curiæ.*

Heard before MORRISSEY, C. J., LETTON, DAY and DEAN, JJ., SHEPHERD, District Judge.

PER CURIAM.

For the reasons given in *Garrison v. Modern Woodmen of America,* 105 Neb. 25, *Coverdale v. Royal Arcanum,* 193 Ill. 91, and *Boynton v. Modern Woodmen of America,* 148 Minn. 150, the judgment of the district court is

AFFIRMED.